ECONOMY HOMES COMPANY, Respondent, *v.* ADOLPH VOIGT et al., Appellants.

*Real property — equity — action to have a deed declared a mortgage and permit redemption.*

*Economy Homes Co.* v. *Voigt*, 192 App. Div. 922, affirmed.

(Argued March 13, 1922; decided April 18, 1922.)

APPEAL from a judgment, entered June 9, 1920, upon an order of the Appellate Division of the Supreme Court in the second judicial department, reversing a judgment in favor of defendants entered upon a dismissal of the complaint by the court on trial at Special Term and directing judgment in favor of plaintiff. The action was

in equity to have a deed made by the plaintiff declared a mortgage and permit redemption. The Appellate Division held that the said deed was merely a mortgage by plaintiff to defendant to secure payment of an indebtedness and interest; that defendant had a prior lien to that of said mortgage upon said premises for the balance of his disbursements in reference to the property over his receipts therefrom, and that plaintiff be entitled to have the defendant account for said disbursements and receipts, and that plaintiff was entitled to redeem the premises from said mortgage by paying to said defendant the amount of said indebtedness and interest and any balance found due to defendant upon said accounting.

*Charles A. Webber* for appellants.
*Emory F. Dyckman* for respondent.

Judgment affirmed, without costs; no opinion.
Concur: HISCOCK, Ch. J., CARDOZO, POUND, MCLAUGHLIN, CRANE and ANDREWS, JJ. Not voting: HOGAN, J.